983 F.2d 1054
 White (William D.)
v.
Commonwealth of Pennsylvania, Secretary of Commonwealth,
Comm of Elections, Board of Commissioners for the counties
of Adams, Allegheny, Armstrong, Beaver, Bedfore, Berks,
Blair, Bradford, Bucks, Butler, Cambria, Cameron, Carbon,
Centre, Chester, Clarion, Clearfield, Clinton, Columbia,
Crawford, Cumberland, Dauphin, Delaware, Elk, Erie, Fayette,
Forest, Franklin, Fulton, Greene, Huntington,
 NOS. 92-3369, 92-3370
 United States Court of Appeals,
Third Circuit.
 Dec 21, 1992
 
 Appeal From: W.D.Pa.,
 Ziegler, J.
 
 
 1
 AFFIRMED.